IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ANTHONY LYMAN,

        Plaintiff,

  v.

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.
                                  /

No. CV-07-3903 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice as duplicative, pursuant to 28 U.S.C. § 1915A(b).


Dated: January 4, 2008                                      Richard W. Wieking, Clerk

                                                                                  By: Tracy Lucero
                                                                                  Deputy Clerk